# Court of Appeals
# of the State of Georgia

ATLANTA,  January 05, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0706. WILLIE FLETCHER v. THE STATE.**

The appeal of the above-referenced case was docketed on December 10, 2021, and the appellant was notified that his enumeration of errors and brief were due within 20 days of docketing (*i.e.*, by December 30, 2021). As of January 5, 2022, appellant has failed to file his enumerations of error and brief and has not moved for an extension of time in which to file. Accordingly, pursuant to Court of Appeals Rules 7 and 23 (a), this appeal is hereby DISMISSED. *See Britton v. Fed. Nat'l Mortg. Ass'n*, 307 Ga. App. 581, 582 (1) (705 SE2d 682) (2011).

We further instruct appellant as follows: Your appeal has been DISMISSED because your attorney failed to timely file a brief and enumeration of errors . If you have decided you do not want to appeal, you need not do anything more. However, if you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL – but YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is granted, the trial court should appoint another attorney for you if you want one and cannot pay for one. If your motion for an out-of-time appeal is denied, you may appeal that denial

to this court within thirty (30) days of the trial court's decision. *See Reese v. State*, 216 Ga. App. 773, 775 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__01/05/2022_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*